UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MASON R. HARRISON,

                Plaintiff,

  v.                                           Civil Action No. 1:12-CV-00869

STELLAR RECOVERY, INC.,

                Defendant.

_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Mason Harrison, hereby voluntarily dismisses this action, with prejudice, against Defendant, Stellar Recovery, Inc.

Dated:  December 5, 2012

  s/Brad J. Davidzik

Brad J. Davidzik, Esq.
Jeffrey Freedman Attorneys at Law
Attorneys for Plaintiff
424 Main Street, Suite 622
Buffalo, New York 14202
Telephone: 716.856.7091
Facsimile:  716.856.7097